No. 09-7887. Tavares Antonio McDuffie, Petitioner v. Florida.

559 U.S. 944, 130 S. Ct. 1514, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1194, ■

February 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 15 So. 3d 583.

No. 09-7890. Bruno Rocha, Petitioner v. Florida.

559 U.S. 944, 130 S. Ct. 1514, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1145.

February 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

No. 09-7892. Sammie D. Kinnard, Petitioner v. Metropolitan Police Department, et al.

559 U.S. 945, 130 S. Ct. 1514, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1268, ■

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-7894. Elizabeth Liggon-Redding, Petitioner v. Willingboro Township, New Jersey, et al.

559 U.S. 945, 130 S. Ct. 1514, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1109, ■

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 351 Fed. Appx. 674.

No. 09-7896. Michael Weatherspoon, Petitioner v. John Fayram, Warden.

559 U.S. 945, 130 S. Ct. 1515, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1157.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-7897. David G. Schoor, Petitioner v. Texas.

559 U.S. 945, 130 S. Ct. 1515, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1283.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.

Same case below, 279 S.W.3d 844.

No. 09-7900. Dock McNeely, Petitioner v. County of Sacramento, California, et al.

559 U.S. 945, 130 S. Ct. 1515, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1299.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 317.

No. 09-7902. Charles D'Ary, Petitioner v. United States.

559 U.S. 945, 130 S. Ct. 1515, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1357.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-7905. John Cooper, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 945, 130 S. Ct. 1515, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1333.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.